# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2224 Disciplinary Docket No. 3
            Petitioner :
             : No. 147 DB 2015
          v. :
             : Attorney Registration No. 206972
MICHAEL CHRISTOPHER GALLO, :
            Respondent : (Fayette County)

## O R D E R

**PER CURIAM:**

AND NOW, this 10th day of December, 2015, upon consideration of the Recommendation of the Disciplinary Board, Michael Christopher Gallo is placed on temporary suspension pursuant to Pa.R.D.E. 208(f)(5), until further definitive action by this Court. Respondent shall comply with the provisions of Pa.R.D.E. 217.

Respondent's rights to petition for dissolution or amendment of this order pursuant to Pa.R.D.E. 208(f)(4), and to request accelerated disposition of charges underlying this order pursuant to 208(f)(6), are specifically preserved.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.